AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT PREMESIS at 839 South Ottillia Street Southeast, Grand Rapids, Michigan, further described in Attachment A

Case No. 1:22-mj-00110-PJG

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the  Western  District of  Michigan , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 :924(c) | Possession of a Firearm in Furtherance of a Violent Crime |
| 18 :1951 | Interference with Commerce by Threats of Violence (Hobbs Act) |
| 18 :371 | Conspiracy |

The application is based on these facts:
SEE ATTACHED CONTINUATION OF APPLICATION FOR SEARCH WARRANT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ryan Roskey, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: 03/02/2022

*Judge's signature*

City and state: Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*