ATTACHMENT A
PROPERTY TO BE SEARCHED

The entire premises at 839 South Ottillia Street Southeast, Grand Rapids, Michigan, to include the residence, outbuildings within the curtilage; any vehicles present at the time of the execution of the search warrant that are owned or controlled by any residents of the premises whether those residents are present or not; and persons who reside at the residence who are present at the time the search warrant is executed (the SUBJECT PREMISES).  The SUBJECT PREMESIS at 839 South Ottillia Street Southeast, Grand Rapids, Michigan, is further described as a single-story, white in-color house, with a driveway on the left side and a garage.  It is on the North side of the road.  The house has a white trim, the numbers "839" appear affixed to the left of the door.  The following is a picture of the residence:

