## ATTACHMENT B

Particular Things To Be Seized

The Government is authorized to seize the following things to the extent that they constitute evidence of violations of 18 U.S.C. § 924(c), firearm possession in furtherance of violent crime, and in violation of 18 U.S. Code § 1951, interference with commerce by threats or violence (Hobbs Act Armed Robbery), and 18 U.S.C. § 2, aiding and abetting, and 18 U.S.C. § 371 conspiracy to commit the same:

1. Quantities of United States currency in excess of $1,000 or quantities of foreign, virtual, or internet currency or precious metals with a value in excess of $1,000 USD;

2. Luxury or other items determined to have a value in excess of $500 including watches, jewelry, designer clothing and shoes, fur coats, sunglasses, purses, antiquities, high-end liquor champagne and expensive high-powered firearms and associated accessories such as laser sights, magazines and optic scopes;

3. Evidence of the robbery to include but not limited to clothing, bags, money bands, masks, gloves, firearms and firearms components, money packaging, pocket litter, and receipts;

4. Any and all financial or bank records, documents, and communications, including debit cards, credit cards, or stored value cards issued;

5. Any items tending to establish the identity of persons who have dominion and control over the location, premises, or items to be seized, including delivered mail, whether inside the location or in the mailbox (or mailboxes), bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for any safe deposit box (or boxes), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals,

ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips and photographs tending to show occupation of the residence/business and connections between coconspirators, whether identified, or unidentified.

As used above, the terms records or documents include records or documents created, modified or stored in electronic or magnetic format and any data, image, or information that is capable of being read or interpreted by a computer, including:

1. Any and all records, documents and communications relating to the application for cellular telephone service in the names of any individuals or companies, including any correspondence, contracts, receipts, computer printouts, or cellular telephones;

2. Any and all SIM cards/SD cards related to cell phone network connections or storage

3. Computers, computer hardware, electronic devices, and computer-related equipment capable of storing information in electronic, optical or magnetic format, including, but not limited to, laptop computers, desktop computers, notebook computers, tablets, hard drives, central processing units, internal and peripheral storage devices, CD-ROMs, DVD- Roms, Zip disks, thumb drives, diskettes, fixed disks, tapes, smart cards, memory cards, memory sticks, cellular telephones, blackberries, electronic dialers, electronic notebooks, PDAs and passwords, password files, test keys, data security, encryption devices, keys or codes, physical keys, or dongles used to access the devices or used to access the computers to be searched or to convert any data, file or information on the computers/devices to a readable format;

4. Any and all electronically stored communications such as e-mail and text messages. Peripheral input/output devices (including but not limited to keyboards, printers, docking stations, video display monitors and related communication devices such as cables and connections). Computer equipment capable of printing, copying, or scanning documents or identifications,

including, but not limited to, printers, scanners, copy machines, ink cartridges, toners and drivers for the equipment. Any software, documentation, operating logs, instruction manuals, used to facilitate direct or indirect communication with the computers and devices to be searched.

      All of the above items will be seized and maintained off-site. I understand that a review of the electronically-stored information found on devices such as computers and cellphones will require an additional search warrant.